1  James N. Fincher, SBN 196837
   Merced County Counsel
2  Roger S. Matzkind, SBN 77331
   Chief Civil Litigator
3  2222 M Street, Room 309
   Merced, CA  95340
4  Tel:    (209) 385-7564
   Fax:    (209) 726-1337

5

6  Attorney for County of Merced, Merced County Sheriff's Department, Mark N. Pazin, Ricci Thoreson, James Buttrey and B.J. Jones

7

8                United States District Court

9                Eastern District of California

10

| | |
|---|---|
| 11  Thomas Schiffler, Jeffrey Miller, Christopher Navarro, and Frank J. Melo, | Case No. 1:12-cv-01202 AWI DLB |
| 13            Plaintiffs, | **Stipulation and Order Extending Time to File Responsive Pleading to Complaint** |
| 15      vs. | |
| 16  County of Merced; Merced County Sheriff's Department; Mark N. Pazin, individually and in his official capacity; Ricci Thoreson, individually and in his official capacity; Joe Scott, individually and in his official capacity; James Buttrey, individually and in his official capacity; B.J. Jones, individually and in his official capacity; and Does 1- 10, | |
| 22            Defendants. | |

24     IT IS HEREBY STIPULATED by and between the parties, through their

25  respective counsel, that the time to respond to the complaint is extended twenty-

26  eight (28) days to and including September 15, 2012.  This stipulation of time to

27  respond is for the parties that have already been served, or will be served, prior

28  to the response date of September 15, 2012.

| | |
|---|---|
| Dated: | WEINBERG, ROGER & ROSENFELD |
| | By: /s/ Sarah Wright-Schreiberg  [08/10/12]<br>Sarah Wright-Schreiberg<br>Attorney for Plaintiffs Schiffler, et al. |
| Dated: August 10, 2012 | James N. Fincher<br>Merced County Counsel |
| | By: /s/ Roger S. Matzkind<br>Roger S. Matzkind<br>Chief Civil Litigator<br>Attorneys for Defendants County of Merced, Merced County Sheriff's Department, Mark N. Pazin, Ricci Thoreson, James Buttrey and B.J. Jones |

### ORDER

Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that the time to respond to the complaint is extended twenty-eight (28) days to and including September 15, 2012.  This stipulation of time to respond is for the parties that have already been served, or will be served, prior to the response date of September 15, 2012.

IT IS SO ORDERED.

Dated:  **August 15, 2012**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE