James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
2222 M Street, Room 309
Merced, CA  95340
Tel:    (209) 385-7564
Fax:    (209) 726-1337

Attorney for County of Merced, Merced County Sheriff's Department, Mark N. Pazin, Ricci Thoreson, James Buttrey and B.J. Jones

United States District Court

Eastern District of California

| | |
|---|---|
| Thomas Schiffler, Jeffrey Miller, Christopher Navarro, and Frank J. Melo, <br><br> Plaintiffs, <br><br> vs. <br><br> County of Merced; Merced County Sheriff's Department; Mark N. Pazin, individually and in his official capacity; Ricci Thoreson, individually and in his official capacity; Joe Scott, individually and in his official capacity; James Buttrey, individually and in his official capacity; B.J. Jones, individually and in his official capacity; and Does 1- 10, <br><br> Defendants. | Case No. 1:12-cv-01202 AWI DLB <br><br> **Stipulation and Order Extending Time to File Responsive Pleading to Complaint** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the time to respond to the complaint is extended twenty-eight (28) days to and including September 15, 2012.  This stipulation of time to respond is for the parties that have already been served, or will be served, prior to the response date of September 15, 2012.

Dated:                                              WEINBERG, ROGER & ROSENFELD

                                     By:   /s/ Sarah Wright-Schreiberg  [08/10/12]
                                            Sarah Wright-Schreiberg
                                            Attorney for Plaintiffs Schiffler, et al.

Dated:  August 10, 2012                     James N. Fincher
                                            Merced County Counsel


                                     By:   /s/ Roger S. Matzkind
                                            Roger S. Matzkind
                                            Chief Civil Litigator
                                            Attorneys for Defendants County of
                                            Merced, Merced County Sheriff's
                                            Department, Mark N. Pazin, Ricci
                                            Thoreson, James Buttrey and B.J. Jones

## ORDER

Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that the time to respond to the complaint is extended twenty-eight (28) days to and including September 15, 2012.  This stipulation of time to respond is for the parties that have already been served, or will be served, prior to the response date of September 15, 2012.

IT IS SO ORDERED.

   Dated:   **August 15, 2012**                      **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE