1   James N. Fincher, S.B.N. 196837
    Merced County Counsel
2   Roger S. Matzkind, S.B.N. 77331
    Chief Civil Litigator
3   James E. Stone, S.B.N. 197803
    Deputy County Counsel
4   2222 M Street
    Merced, Ca 95340
5   Tel:    (209) 385-7564
    Fax:    (209) 726-1337
6
7   Attorney for Defendants

8                   United States District Court

9                   Eastern District of California

10
    Thomas Schiffler, Jeffrey Miller, Christopher          Case No.: 1:12-cv-01202-AWI-DLB
11  Navarro, and Frank J. Melo,
                                                           **Notice of Motion and Motion to Dismiss**
12              Plaintiffs,                                 **Complaint, or In the Alternative, Motion to**
                                                           **Strike**
13         v.

14  County of Merced; Merced County Sheriff's
    Department; Mark N. Pazin, individually and            [Fed. R. Civ. Proc. 12(b)(6); 12 (f)]
15  in his official capacity; Ricci Thoreson,
    individually and in his official capacity; Joe
16  Scott, individually and in his official capacity;
    James Buttrey, individually and in his official        **Date:  October 15, 2012**
17  capacity; B.J. Jones, individually and in his          **Time:  1:30 p.m.**
    official                                               **Courtroom:  2**
18
    capacity; and DOES 1-10,
19
                Defendants.
20

21

22  To all parties and their attorneys of record:

23          Notice is hereby given that on October 15, 2012, at 1:30 p.m. or as soon thereafter

24  as counsel may be heard, in Courtroom 2 of the above-entitled court, located at 2500

25  Tulare Street, Fresno, California, defendants will move to dismiss plaintiff's complaint, or

26  in the alternative, dismiss portions of said complaint.  These joint motions are made

27  pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f) on the following distinct and separate

28  grounds:

1.  Plaintiffs Fail to State a Cause of Action Against Defendants: Each Plaintiff Fails to Allege Constitutionally Protected First Amendment Rights or Adverse Action for Retaliation

2.  Plaintiffs' Fail to State a Cause of Action Against Defendants: They Fail to Allege an Actionable First Amendment Right or Adverse Action.

3.  Plaintiffs' Fail to State a Cause of Action Against the County fo Merced:  the County of Merced is Entitled to Immunity Under *Monell*

4.  Plaintiffs' Fail to State a Cause of Action Against Defendants as Individuals:  They Are Protected By Qualified Immunity

5.  Defendants Navarro and Melo Fail to State a Cause of Action:  The Statute of Limitations Bars Their Actions

6.  Plaintiffs' Fail to State a Cause of Action Against the Sheriff's Department:  It is Not a Proper "Person" Under 42 U.S.C. §1983

Defendants also move to strike portions of the complaint as follows:

1.  Any Claim for Declaratory Relief Should be Stricken or Dismissed

2.  Injunctive Relief Must be Denied as There is no Jurisdiction: There is no Prior Declaratory Decree, Active case or Controversy; There is Nothing to Enjoin

3.  Matter that is Immaterial, Impertinent or Scandalous:  The court should strike the punitive damage claim against the County and Sheriff's Department and paragraphs 58-73 of the complaint.

These motions will be based on this Notice, the Memorandum of Points and Authorities in Support thereof, upon all pleadings and papers on file herein, along with such matters the court may elect to consider by Judicial Notice, and upon such other oral an documentary evidence as might be presented at the hearing herein.


Dated: September 14, 2012                     James N. Fincher
                                              Merced County Counsel

                                              By:  /s/ Roger S. Matzkind
                                              Roger S. Matzkind
                                              Chief Civil Litigator
                                              Attorney for Defendants