1   DAVID A. ROSENFELD, Bar No. 058163
    LESLIE V. FREEMAN, Bar No. 268099
2   SARAH WRIGHT-SCHREIBERG, Bar No. 266342
    WEINBERG, ROGER & ROSENFELD
3   A Professional Corporation
    1001 Marina Village Parkway, Suite 200
4   Alameda, California 94501
    Telephone: (510) 337-1001
5   Fax:  (510) 337-1023
    E-Mail:  courtnotices@unioncounsel.net
6

7   Attorneys for Plaintiffs

8                    UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA

10

11
    THOMAS SCHIFFLER, JEFFREY MILLER,          Case No. 1:12-cv-01202-AWI-DLB
12  CHRISTOPHER NAVARRO, and FRANK J.
    MELO,
13                                             JOINT STIPULATION OF PARTIES;
                          Plaintiffs,          ORDER THEREON
14
          v.
15

16  COUNTY OF MERCED; MERCED COUNTY
    SHERIFF'S DEPARTMENT; MARK N.
17  PAZIN, individually and in his official capacity;
    RICCI THORESON, individually and in his
18  official capacity; JOE SCOTT, individually and
    in his official capacity; JAMES BUTTREY,
19  individually and in his official capacity; B.J.
    JONES, individually and in his official
20  capacity; and DOES 1-10,

21                        Defendants.
22

23

24        1.      Plaintiffs filed their complaint for damages and injunctive relief on July 20, 2012.

25        2.      On September 14, 2012, Defendants filed a Motion to Dismiss or to Strike and

26  scheduled the Motion for hearing on October 15, 2012.

27        3.      Plaintiffs expect to file an amended complaint in response to the Motion.

28        4.      Plaintiffs have not been granted any prior extensions of time in this case.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

JOINT STIPULATION AND ORDER
CASE NO. 1:12-CV-01202 AWI-DLB

1      5.      The parties hereby stipulate to an extension of time to and including October 26,

2  2012, for Plaintiffs to file an amended complaint.

3      6.      The parties further stipulate and request that the Court order that the hearing on

4  Defendants' Motion to Dismiss or Strike be continued from the Court's calendar of  October 15,

5  2012,  to be rescheduled at Defendants' option with time for Notice and time for filing of

6  opposition and reply to be determined based on the date of the new hearing in accordance with

7  Local Rule 230.

8

9  Dated:  September 28, 2012              WEINBERG, ROGER & ROSENFELD
                                          A Professional Corporation

10

11                              By:     */s/ Leslie V. Freeman*
                                        LESLIE V. FREEMAN

12                                      Attorneys for Plaintiffs

13

14  Dated:  September 28, 2012              MERCED COUNTY COUNSEL

15                              By:     */s/ Roger S. Matzkind*
                                        ROGER S. MATZKIND

16

17                                      Attorneys for Defendants

18

19

20  IT IS SO ORDERED.

21  Dated:   September 28, 2012        _____

22                                     CHIEF UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

JOINT STIPULATION AND ORDER
Case No.  1:12-cv-01202 AWI-DLB