DAVID A. ROSENFELD, Bar No. 058163
LESLIE V. FREEMAN, Bar No. 268099
SARAH WRIGHT-SCHREIBERG, Bar No. 266342
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone: (510) 337-1001
Fax:  (510) 337-1023
E-Mail:  courtnotices@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCHIFFLER, JEFFREY MILLER, CHRISTOPHER NAVARRO, and FRANK J. MELO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MERCED; MERCED COUNTY SHERIFF'S DEPARTMENT; MARK N. PAZIN, individually and in his official capacity; RICCI THORESON, individually and in his official capacity; JOE SCOTT, individually and in his official capacity; JAMES BUTTREY, individually and in his official capacity; B.J. JONES, individually and in his official capacity; and DOES 1-10,<br><br>Defendants. | Case No. 1:12-cv-01202-AWI-DLB<br><br>JOINT STIPULATION OF PARTIES; ORDER THEREON |

1. Plaintiffs filed their complaint for damages and injunctive relief on July 20, 2012.

2. On September 14, 2012, Defendants filed a Motion to Dismiss or to Strike and scheduled the Motion for hearing on October 15, 2012.

3. Plaintiffs expect to file an amended complaint in response to the Motion.

4. Plaintiffs have not been granted any prior extensions of time in this case.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

JOINT STIPULATION AND ORDER
CASE NO. 1:12-CV-01202 AWI-DLB

5. The parties hereby stipulate to an extension of time to and including October 26, 2012, for Plaintiffs to file an amended complaint.

6. The parties further stipulate and request that the Court order that the hearing on Defendants' Motion to Dismiss or Strike be continued from the Court's calendar of October 15, 2012, to be rescheduled at Defendants' option with time for Notice and time for filing of opposition and reply to be determined based on the date of the new hearing in accordance with Local Rule 230.

Dated: September 28, 2012         WEINBERG, ROGER & ROSENFELD
                                  A Professional Corporation


                              By: */s/ Leslie V. Freeman*
                                  LESLIE V. FREEMAN

                                  Attorneys for Plaintiffs


Dated: September 28, 2012         MERCED COUNTY COUNSEL

                              By: */s/ Roger S. Matzkind*
                                  ROGER S. MATZKIND

                                  Attorneys for Defendants


IT IS SO ORDERED.

Dated:  September 28, 2012        _____
                                  CHIEF UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

JOINT STIPULATION AND ORDER
Case No.  1:12-cv-01202 AWI-DLB