DAVID A. ROSENFELD, Bar No. 058163
LESLIE V. FREEMAN, Bar No. 268099
SARAH WRIGHT-SCHREIBERG, Bar No. 266342
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone: (510) 337-1001
Fax: (510) 337-1023
E-Mail: courtnotices@unioncounsel.net

FILED
OCT 19 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCHIFFLER, JEFFREY MILLER, CHRISTOPHER NAVARRO, and FRANK J. MELO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MERCED; MERCED COUNTY SHERIFF'S DEPARTMENT; MARK N. PAZIN, individually and in his official capacity; RICCI THORESON, individually and in his official capacity; JOE SCOTT, individually and in his official capacity; JAMES BUTTREY, individually and in his official capacity; B.J. JONES, individually and in his official capacity; and DOES 1-10,<br><br>Defendants. | Case No. 1:12-cv-01202-AWI-DLB<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41 (a) (1), the parties stipulate that Plaintiffs THOMAS SCHIFFLER, JEFFREY MILLER, CHRISTOPHER NAVARRO, and FRANK J. MELO, voluntarily dismiss the above-captioned action *without prejudice.* Voluntary dismissal without an order of the Court is appropriate

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
CASE NO. 1:12-CV-01202 AWI-DLB

1 because the Defendants so stipulate and all parties who have appeared in this matter have signed
2 this stipulation of dismissal.

Dated: October 17, 2012         WEINBERG, ROGER & ROSENFELD
                                A Professional Corporation

                                */s/ Leslie V. Freeman*
                           By:  LESLIE V. FREEMAN

                                Attorneys for Plaintiffs

Dated: October 17, 2012         MERCED COUNTY COUNSEL

                           By:  */s/ Roger S. Matzkind*
                                ROGER S. MATZKIND

                                Attorneys for Defendants

It is so Ordered. Dated: 10-19-12

United States District Judge

131412/689136

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
Case No. 1:12-CV-01202 AWI-DLB

2